## Shipp, for Use, etc., et al. v. Bradley, et al.

(Decided February 22, 1927.)

### Appeal from Fayette Circuit Court.

N. B. HAYS for appellant.

HUNT, NORTHCUTT & BUSH, HUMPHREY, CRAWFORD & MIDDLETON and GEORGE C. WEBB for appellees.

Opinion of the Court by Judge Logan—Reversing.

This case involves the same questions as the case of Shipp against Rodes, this day decided, and the opinion in that case is decisive of the questions in this case.

The judgment of the lower court is reversed for the reasons set out in that opinion, and is remanded for proceedings consistent with that opinion.